IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

JOHN DELCO                                                                    PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:16-CV-933

UNITED STATES OF AMERICA                                 DEFENDANT

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

This matter comes before this court pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson, which was entered on January 15, 2019 [doc. no. 50]. John Delco (hereafter "Plaintiff") filed Objections to the Magistrate Judge's Report and Recommendation on February 1, 2019 [doc. no. 51].

After examining the record evidence in this case the Magistrate Judge recommended: that the Defendant's Motion to Dismiss [doc. no. 43] should be granted and this case dismissed with prejudice; and a Final Judgment should be entered.

This Court has reviewed the Report and Recommendation of the Magistrate Judge and the Objections of the Plaintiff, as well as the court filings and the relevant law, and concludes that the findings in the Report and Recommendation **[doc. no. 50]** should be and are hereby **adopted** as this Court's own. Accordingly, the Motion to Dismiss **[doc. no. 43]** is **granted** in favor of the Defendant and this matter is dismissed, with prejudice. A separate Final Judgment will issue on this date.

SO ORDERED AND ADJUDGED, this the 1st day of February, 2019.

                                                             s/ HENRY T. WINGATE
                                                             UNITED STATES DISTRICT JUDGE